# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ELIJAH DOUGLAS ROGERS, I,<br><br>Petitioner,<br>v.<br><br>PERRY RUSSELL, *et al.*,<br><br>Respondents. | Case No. 3:21-cv-00140-MMD-CLB<br><br>ORDER |

Petitioner Elijah Douglas Rogers, I, has submitted a petition for a writ of habeas corpus. He did not submit an application to proceed *in forma pauperis*, nor did he pay the filing fee of $5.00.

It therefore is ordered that Rogers must file an application for leave to proceed *in forma pauperis*, accompanied by a signed financial certificate and a statement of his inmate account. In the alternative, petitioner must make the necessary arrangements to pay the filing fee of $5.00, accompanied by a copy of this order. Petitioner will have 45 days from the date that this order is entered to comply. Failure to comply will result in the dismissal of this action.

The Clerk of Court is directed to send Rogers a blank application form for incarcerated litigants.

DATED THIS 19th Day of April 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE